NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PATRICK MCMORROW,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2010-3169

---

Petition for review of the Merit Systems Protection Board in case no. PH844E100069-I-1.

---

## ON MOTION

---

## ORDER

Patrick M. McMorrow moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**SEP 2 1 2010**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Patrick McMorrow
Jane C. Dempsey, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 1 2010

JAN HORBALY
CLERK